IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR70 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID MICHAEL ZORINSKY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's unopposed motion to continue sentencing hearing (Filing No. 87). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; sentencing is rescheduled for:

**Friday, January 16, 2009, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 16th day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court